**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD I. FINE,<br><br>        Plaintiff,<br><br>        v.<br><br>STATE BAR OF CALIFORNIA, et al.,<br><br>        Defendants. | No. CV 10-48-JST(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Revised Report and Recommendation of the United States Magistrate Judge, all objections thereto, along with the Response to the objections and the Reply in support of the objections. The court has made a de novo determination with respect to those portions of the Report and Recommendation as to which objection has been made.

**IT IS ORDERED**: (1) that the Revised Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered dismissing this action for lack of jurisdiction.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:  June 24, 2011

                                              **JOSEPHINE STATON TUCKER**
                                              JOSEPHINE STATON TUCKER
                                        United States District Judge