**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RICHARD I. FINE,　　　　　　　　　) 　No. CV 10-48-JST(CW)
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　 )　 JUDGMENT
　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
STATE BAR OF CALIFORNIA,　　　　　 )
et al.,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　)
_____　 )

　　**IT IS ADJUDGED** that this action is dismissed for lack of jurisdiction.

DATED: June 24, 2011


　　　　　　　　　　　　　　　　　　　　　　**JOSEPHINE STATON TUCKER**
　　　　　　　　　　　　　　　　　　　　　　JOSEPHINE STATON TUCKER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1